```
UNITED STATES DISTRICT COURT                    ORIGINAL
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
  UNITED STATES OF AMERICA            :
                                      :
             - v. -                   :    INDICTMENT
                                      :
  CHERYL HAYDEN,                      :    13 Cr. ____
                                      :
                       Defendant.     :
                                      :    13 CRIM 931
- - - - - - - - - - - - - - - - - - - x
```

COUNT ONE

(Mail Theft)

The Grand Jury charges:

1.  From at least in or about August 2012, up to and including in or about August 2013, in the Southern District of New York, CHERYL HAYDEN, the defendant, willfully and knowingly did steal, take, and abstract, and by fraud and deception obtain, and attempt to obtain, from and out of any mail, post office, and station thereof, letter box, mail receptacle, and any mail route and other authorized depository for mail matter, and from a letter and mail carrier, letters, postal cards, packages, bags, and mail, and did abstract and remove from such letters, packages, bags, and mail, articles and things contained therein, and did secrete, embezzle, and destroy such letters, postal cards, packages, bags, and mail, and articles and things contained therein, to wit, HAYDEN stole mail from a U.S. Postal



Service Office located at Times Square Station at 340 West 42nd Street, New York, New York.

(Title 18, United States Code, Section 1708.)

FORFEITURE ALLEGATION

2.   As a result of committing the offense alleged in Count One of this Indictment, CHERYL HAYDEN, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any and all property, real and personal, which constitutes and is derived from proceeds traceable to such violation.

Substitute Asset Provision

3.   If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third person;

    c.   has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be subdivided without difficulty, it is the intent of the United States, pursuant to Title 18, United States Code, Section 981, and Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

    (Title 18, United States Code, Section 981;
    Title 21, United States Code, Section 853(p);
    Title 28, United States Code, Section 2461.)

_____       _____
FOREPERSON              PREET BHARARA
                       United States Attorney

3

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

CHERYL HAYDEN,

Defendant.

INDICTMENT

(18 U.S.C. § 1708.)

PREET BHARARA
United States Attorney.

A TRUE BILL

_____     Foreperson.