# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392
www.federaldefendersny.org

David E. Patton
*Executive Director
and Attorney-in-Chief*

*Appeals Bureau*
Barry D. Leiwant
*Attorney-in-Charge*

July 14, 2014

**Via ECF**
The Honorable Denise Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Cheryl Hayden, 13 CR 931 (DLC)**

Dear Judge Cote:

With the consent of the government, I write to request an adjourned schedule for the parties sentencing submissions in the above-captioned case. The proposed schedule would permit defense's filing no later than July 15, 2014 and the government's filing no later than July 21, 2014.

Also, Ms. Hayden's sentencing is scheduled for Friday, July 25, 2014. I am recently back from maternity leave and working a three-day-a-week part-time schedule. I do not work on Fridays nor do I have child care coverage on those days. As such, I ask that the Court move Ms. Hayden's sentencing to a convenient time any Monday, Tuesday, or Thursday.

Thank you for your consideration of these matters.

Respectfully submitted,

Julia L. Gatto
Assistant Federal Defender
(212) 417-8750

cc: AUSA Samson Enzer (via ECF)