UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                       :

UNITED STATES OF AMERICA       :       **FINAL ORDER OF FORFEITURE**
                                         :

         -v.-                :       13 Cr. 931 (DLC)
                                         :

CHERYL HAYDEN,              :
                                         :

             Defendant.      :
                                         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS, on or about July 24, 2014, the Court entered a Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 21), which ordered the forfeiture to the United States of all right, title and interest of CHERYL HAYDEN (the "Defendant") in the items of property listed in Attachment A, except for Item 33 (a Sponge Bob Square Pants watch), Item 64 (a brown Calvin Klein wallet), and Item 89 (nine books entitled Black Bird) set out in Attachment A (collectively, with the exception of Items 33, 64, and 89, the "Specific Property");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). The Preliminary Order of Forfeiture further stated that the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of

the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require

publication of a notice of forfeiture and of the Government's intent to dispose of the Specific

Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose

of the Specific Property was posted on an official government internet site (www.forfeiture.gov)

beginning on July 3, 2015, for thirty (30) consecutive days, through August 1, 2015, pursuant to

Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset

Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on May 8,

2023 (D.E. 29);

WHEREAS, thirty (30) days have expired since final publication of the Notice of

Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been

filed;

WHEREAS, the Defendant is the only person and/or entity known by the

Government to have a potential interest the Specific Property;

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the

United States shall have clear title to any forfeited property if no petitions for a hearing to contest

the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as

set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.      All right, title and interest in the Specific Property is hereby forfeited and

vested in the United States of America, and shall be disposed of according to law.

2.      Pursuant to Title 21, United States Code, Section 853(n)(7) the United

States of America shall and is hereby deemed to have clear title to the Specific Property.

3.      The United States Marshals Service (or its designee) shall take possession

of the Specific Property and dispose of the same according to law, in accordance with Title 21,

United States Code, Section 853(h).

Dated: New York, New York
       May 11, 2023

SO ORDERED:

_____
HONORABLE DENISE L. COTE
UNITED STATES DISTRICT JUDGE

# ATTACHMENT A



File | Item | Plug-In Reports | Inventory | Tools | Help! | [Main Menu]

LOG OFF

Logged in as a ... Δ

| | Item | Case | Category | Description | Status | Location | Date |
|---|---|---|---|---|---|---|---|
| | 30 | 13UICS1880IM02IM | JEWELRY | silver bracelets 9 necklaces with pendants | In | In: EDISON, NJ => SAFE 1 => DRAWER 3 | 8/26/2013 |
| | 31 | 13UICS1880IM02IM | JEWELRY | black and silver ball bracelet | In | In: EDISON, NJ => SAFE 1 => DRAWER 3 | 8/26/2013 |
| | 32 | 13UICS1880IM02IM | JEWELRY | Gold in color link bracelet | In | In: EDISON, NJ => SAFE 1 => DRAWER 3 | 8/26/2013 |
| | 33 | 13UICS1880IM02IM | JEWELRY | Sponge Bob Square Pants Watch | In | In: EDISON, NJ => SAFE 1 => DRAWER 3 | 8/26/2013 |
| | 34 | 13UICS1880IM02IM | JEWELRY | one pink necklaceone gray necklace | In | In: EDISON, NJ => SAFE 1 => DRAWER 3 | 8/26/2013 |
| | 35 | 13UICS1880IM02IM | JEWELRY | Bunny earrings gold in color | In | In: EDISON, NJ => SAFE 1 => DRAWER 3 | 8/26/2013 |
| | 36 | 13UICS1880IM02IM | JEWELRY | Pink Heart Necklace | In | In: EDISON, NJ => SAFE 1 => DRAWER 3 | 8/26/2013 |
| | 37 | 13UICS1880IM02IM | JEWELRY | one heart charm (brown) | In | In: EDISON, NJ => SAFE 1 => DRAWER 3 | 8/26/2013 |
| | 38 | 13UICS1880IM02IM | JEWELRY | bracelet gold in color | In | In: EDISON, NJ => SAFE 1 => DRAWER 3 | 8/26/2013 |
| | 39 | 13UICS1880IM02IM | JEWELRY | one bag three bracelets in it | In | In: EDISON, NJ => SAFE 1 => DRAWER 3 | 8/26/2013 |
| | 40 | 13UICS1880IM02IM | JEWELRY | one bracelet black & silver | In | In: EDISON, NJ => SAFE 1 => DRAWER 3 | 8/26/2013 |
| | 41 | 13UICS1880IM02IM | JEWELRY | one grey + white bracelet | In | In: EDISON, NJ => SAFE 1 => DRAWER 3 | 8/26/2013 |
| | 42 | 13UICS1880IM02IM | JEWELRY | one gold in color ring with black stone | In | In: EDISON, NJ => SAFE 1 => DRAWER 3 | 8/26/2013 |
| | 43 | 13UICS1880IM02IM | JEWELRY | one black bracelet with pearls | In | In: EDISON, NJ => SAFE 1 => DRAWER 3 | 8/26/2013 |
| | 44 | 13UICS1880IM02IM | JEWELRY | one black + silver ball bracelet | In | In: EDISON, NJ => SAFE 1 => DRAWER 3 | 8/26/2013 |
| | 45 | 13UICS1880IM02IM | JEWELRY | one black bracelet with silver ball | In | In: EDISON, NJ => SAFE 1 => DRAWER 3 | 8/26/2013 |
| | 46 | 13UICS1880IM02IM | JEWELRY | bracelet sparkles white | In | In: EDISON, NJ => SAFE 1 => DRAWER 3 | 8/26/2013 |
| | 47 | 13UICS1880IM02IM | JEWELRY | purple bag with 2 bracelets, 1 necklace | In | In: EDISON, NJ => SAFE 1 => DRAWER 3 | 8/26/2013 |
| | 48 | 13UICS1880IM02IM | JEWELRY | silver ohio state watch | In | In: EDISON, NJ => SAFE 1 => DRAWER 3 | 8/26/2013 |
| | 49 | 13UICS1880IM02IM | JEWELRY | one necklace, two bracelets, two pair earrings | In | In: EDISON, NJ => SAFE 1 => DRAWER 3 | 8/26/2013 |
| | 50 | 13UICS1880IM02IM | JEWELRY | 1 bag of loose jewelry found in room A | In | In: EDISON, NJ => SAFE 1 => DRAWER 3 | 8/26/2013 |
| | 51 | 13UICS1880IM02IM | JEWELRY | APWU New York Metro Keychain | In | In: EDISON, NJ => SAFE 1 => DRAWER 3 | 8/26/2013 |
| | 52 | 13UICS1880IM02IM | JEWELRY | grenade necklace | In | In: EDISON, NJ => SAFE 1 => DRAWER 3 | 8/26/2013 |
| | 53 | 13UICS1880IM02IM | JEWELRY | 1 Necklace, bronze cross | In | In: EDISON, NJ => SAFE 1 => DRAWER 3 | 8/26/2013 |
| | 54 | 13UICS1880IM02IM | JEWELRY | 5 necklaces, 1 bracelet, 1 ring, 1 pendant, 2 pair earrings | In | In: EDISON, NJ => SAFE 1 => DRAWER 3 | 8/26/2013 |
| | 55 | 13UICS1880IM02IM | JEWELRY | 4 rings, 2 pair earrings, 2 thimbles, 1 pendant, 1 gold tooth, 1 necklace | In | In: EDISON, NJ => SAFE 1 => DRAWER 3 | 8/26/2013 |
| | 56 | 13UICS1880IM02IM | JEWELRY | gold colored bracelet with white gem stones | In | In: EDISON, NJ => SAFE 1 => DRAWER 3 | 8/26/2013 |
| | 57 | 13UICS1880IM02IM | JEWELRY | Black bracelet with silver balls | In | In: EDISON, NJ => SAFE 1 => DRAWER 3 | 8/26/2013 |
| | 58 | 13UICS1880IM02IM | JEWELRY | 3 necklaces, 3 rings, 2 pins, 5 beads, 1 pair earrings, 1 pendant | In | In: EDISON, NJ => SAFE 1 => DRAWER 3 | 8/26/2013 |
| | 59 | 13UICS1880IM02IM | JEWELRY | cat pendant | In | In: EDISON, NJ => SAFE 1 => DRAWER 3 | 8/26/2013 |
| | 60 | 13UICS1880IM02IM | JEWELRY | necklace with flower pendant | In | In: EDISON, NJ => SAFE 1 => DRAWER 3 | 8/26/2013 |
| | 61 | 13UICS1880IM02IM | JEWELRY | black necklace with pink pearls | In | In: EDISON, NJ => SAFE 1 => DRAWER 3 | 8/26/2013 |
| | 62 | 13UICS1880IM02IM | JEWELRY | two pearl necklaces | In | In: EDISON, NJ => SAFE 1 => DRAWER 3 | 8/26/2013 |
| | 63 | 13UICS1880IM02IM | JEWELRY | pink pearl earrings, white box | In | In: EDISON, NJ => SAFE 1 => DRAWER 3 | 8/26/2013 |
| | 64 | 13UICS1880IM02IM | OTHER | Calvin Klein Wallet, Brown | In | In: EDISON, NJ => BIN 2 => SHELF 1 | 8/26/2013 |
| | 65 | 13UICS1880IM02IM | JEWELRY | pink heart necklace in white box | In | In: EDISON, NJ => SAFE 1 => DRAWER 3 | 8/26/2013 |
| | 66 | 13UICS1880IM02IM | JEWELRY | Marines Watch | In | In: EDISON, NJ => SAFE 1 => DRAWER 3 | 8/26/2013 |
| | 67 | 13UICS1880IM02IM | JEWELRY | Marines watch | In | In: EDISON, NJ => SAFE 1 => DRAWER 3 | 8/26/2013 |
| | 68 | 13UICS1880IM02IM | JEWELRY | 1 chain, 1 necklace, nazi bracelets, 2 pair heart cuffs, 2 crosses, 1 ring, 1 earring, square pin | In | In: EDISON, NJ => SAFE 1 => DRAWER 3 | 8/26/2013 |
| | 69 | 13UICS1880IM02IM | OTHER | 5 loose coins found in room A | In | In: EDISON, NJ => SAFE 1 => DRAWER 3 | 8/26/2013 |
| | 70 | 13UICS1880IM02IM | JEWELRY | 3 black ball braclets FB1028 | In | In: EDISON, NJ => SAFE 1 => DRAWER 3 | 8/26/2013 |
| | 71 | 13UICS1880IM02IM | JEWELRY | Marines Watch | In | In: EDISON, NJ => SAFE 1 => DRAWER 3 | 8/26/2013 |
| | 72 | 13UICS1880IM02IM | JEWELRY | eight bags of misc. gemstones | In | In: EDISON, NJ => SAFE 1 => DRAWER 3 | 8/26/2013 |
| | 73 | 13UICS1880IM02IM | JEWELRY | 1 diamond ring in black case | In | In: EDISON, NJ => SAFE 1 => DRAWER 3 | 8/26/2013 |
| | 74 | 13UICS1880IM02IM | JEWELRY | 16 pieces of misc rings, earrings, buttons | In | In: EDISON, NJ => SAFE 1 => DRAWER 3 | 8/26/2013 |
| | 75 | 13UICS1880IM02IM | ELECTRONICS | one TH - UVF9D Radio | In | In: EDISON, NJ => BIN 2 => SHELF 1 | 8/26/2013 |

| File | Item | Plug-In Reports | Inventory | Tools | Help | | | | | | | |
|------|------|-----------------|-----------|-------|------|--|--|--|--|--|--|--|

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | 13UICS1880IM02IM | ELECTRONICS | 1 verizon samsung phone, 1 motorola net 10, 1 motorola google, 1 kyocera, 1 blackberry nextel, 1... | In | In: EDISON, NJ => BIN 2 => SHELF 1 | 2013 |

tracker PRODUCTS

Recent Case #

Transactions

Print Label(s)
Transactions
Reports
6700 Form
Chain of Custody
List No Barcode
List With Barcode
Transfer Receipt
Add To Task
Link - Unlink

| Item # | Barcode / Type | Category | Description | Status | Location | Date |
|--------|---------------|----------|-------------|--------|----------|------|
| 76 | | | | | | |
| 77 | | | | | | |
| 78 | 13UICS1880IM02IM | OTHER | US Stamps | In | In: EDISON, NJ => BIN 2 => SHELF 1 | 8/26/2013 |
| 78 | 13UICS1880IM02IM | ELECTRONICS | 3 black phones in white box | In | In: EDISON, NJ => BIN 2 => SHELF 1 | 8/26/2013 |
| 79 | 13UICS1880IM02IM | OTHER | 1 purple plastic container with 2 USB drives, 1 USB cable and misc papers | In | In: EDISON, NJ => BIN 2 => SHELF 1 | 8/26/2013 |
| 80 | 13UICS1880IM02IM | OTHER | Misc items seized from room A | In | In: EDISON, NJ => BIN 4 => SHELF 1 | 8/26/2013 |
| 81 | 13UICS1880IM02IM | ELECTRONICS | HMX F80 Samsung Camera, Apple external hard drive | In | In: EDISON, NJ => BIN 4 => SHELF 1 | 8/26/2013 |
| 82 | 13UICS1880IM02IM | OTHER | 7 seven USB cables | In | In: EDISON, NJ => BIN 4 => SHELF 1 | 8/26/2013 |
| 83 | 13UICS1880IM02IM | ELECTRONICS | 14 Kindles | In | In: EDISON, NJ => BIN 4 => SHELF 1 | 8/26/2013 |
| 84 | 13UICS1880IM02IM | ELECTRONICS | 1 white galaxy 45 inside original box, 1 empty galaxy 45 phone box | In | In: EDISON, NJ => BIN 4 => SHELF 1 | 8/26/2013 |
| 85 | 13UICS1880IM02IM | OTHER | container of misc items | In | In: EDISON, NJ => BIN 4 => SHELF 1 | 8/26/2013 |
| 86 | 13UICS1880IM02IM | OTHER | container with 8 cell phone batteries, 2 USB cables, 1 apple shuffle | In | In: EDISON, NJ => BIN 4 => SHELF 1 | 8/26/2013 |
| 87 | 13UICS1880IM02IM | Drugs/Narcotics | 4 small bags of Green leafy substance with consistency of marijuana, 2 ashgrays, 1 container with... | In | In: EDISON, NJ => SAFE 1 => DRAWER 4 | 8/26/2013 |
| 88 | 13UICS1880IM02IM | OTHER | 1 small scale, 1 bag of 10 metal pieces | In | In: EDISON, NJ => BIN 4 => SHELF 1 | 8/26/2013 |
| 89 | 13UICS1880IM02IM | OTHER | nine books titled Black Bird, 1 earring with blud beads, 1 book "The Oxford Book of Poems" | In | In: EDISON, NJ => BIN 4 => SHELF 1 | 8/26/2013 |
| 90 | 13UICS1880IM02IM | Drugs/Narcotics | 1 bottle - 20 pills (R34), 1 pill pack - 6 pills | In | In: EDISON, NJ => SAFE 1 => DRAWER 4 | 8/26/2013 |
| 91 | 13UICS1880IM02IM | OTHER | 1 sports illistructed magazine, 1 stack of graph paper, 1 sangean clock radio | In | In: EDISON, NJ => BIN 5 => SHELF 1 | 8/26/2013 |
| 92 | 13UICS1880IM02IM | ELECTRONICS | 1 Symphony clock radio | In | In: EDISON, NJ => BIN 5 => SHELF 1 | 8/26/2013 |
| 93 | 13UICS1880IM02IM | OTHER | 1 target bag with ten envelopes addressed to different people, to include: Pierre Marie Lagnaud,... | In | In: EDISON, NJ => BIN 5 => SHELF 1 | 8/26/2013 |
| 94 | 13UICS1880IM02IM | OTHER | 1 necklace, 1 Kindle, 1 black watch seized in Room D | In | In: EDISON, NJ => SAFE 1 => DRAWER 3 | 8/26/2013 |
| 95 | 13UICS1880IM02IM | OTHER | 750 ml bottle of Bacardi Rum - half empty. 1 metal chain necklace in white box, american girl... | In | In: EDISON, NJ => SAFE 1 => SHELF 2 | 8/26/2013 |
| 96 | 13UICS1880IM02IM | OTHER | 2 Ripped open bubble mailers, diamonds, gold jewelry | In | In: EDISON, NJ => SAFE 1 => DRAWER 3 | 8/26/2013 |
| 97 | 13UICS1880IM02IM | OTHER | pieces of cardboard | In | In: EDISON, NJ => BIN 4 => SHELF 1 | 8/26/2013 |
| | 13UICS1880IM02IM | Drugs/Narcotics | one marijuana cigarette | In | In: EDISON, NJ => SAFE 1 => DRAWER 4 | 8/26/2013 |